RECEIVED

JUN 1 8 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JIM HOWARD, <br>     Petitioner <br><br> VERSUS <br><br> WARDEN, LOUISIANA STATE PENITENTIARY, <br>     Respondent | CIVIL ACTION <br> SECTION "P" <br> NO. 1:14-CV-00514 <br><br><br> JUDGE STAGG <br> MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Howard's petition for writ of habeas corpus is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Shreveport, Louisiana, on this 18 day of June 2015.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE